THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY T. COLE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WARDEN KNIPP,; J. BLACKWELL; T. CAREY; MR. BLACKWELL; R. L. HARRINGTON; M. BENNETT; B. RATHJEN; L. CLARK-BARLOW; K. BAKER; P. BARIN; DR. ROSE; DR. BELLINGER,<br><br>　　　　Defendants<br>　　　　　　　　　　　　　　　　／ | Nos.　C 14-2596 WHA (PR)<br><br>**ORDER OF TRANSFER**<br><br>(Dkt. Nos. 4, 5, 8, 9, 12) |

　　　　Plaintiff, a California prisoner proceeding pro se, filed this civil rights complaint under 42 U.S.C. 1983, claiming that officials at Mule Creek State Prison and the Deuel Vocational Institute violated his rights while he was incarcerated at those institutions. Both prisons are located within the venue of the United States District Court for the Eastern District of California. Venue for his claims are therefore proper in the Eastern District. *See* 28 U.S.C. 1391. Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a), 1406(a). Ruling on Plaintiff's motions for leave to amend, to proceed in forma pauperis, for an extension of time, and for appointment of counsel is deferred to the Eastern District. The clerk shall terminate such motions from the docket in this court and shall transfer this case forthwith.

　　　　IT IS SO ORDERED.

Dated: August ___11___, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE